# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil Action No. 3:16-md-2738-FLW-LHG <br><br> MDL No. 2738 |
| This document relates to: <br><br> *Morello, Maria*, Docket Nos. 3:19-cv-14427 and 3:19-cv-09268 | **CONSENT ORDER REGARDING CONSOLIDATION OF DUPLICATE FILED COMPLAINTS** |

**THIS MATTER** having been brought before the Court by the parties to address the issue of duplicate complaints in this MDL litigation filed by RisCassi & Davis, P.C. on behalf of Plaintiff Maria Morello, Docket Nos. 3:19-cv-14427 and 3:19-cv-09268; and with the consent of the Defendants;

**IT IS ORDERED** that the Complaints filed by RisCassi & Davis, P.C. on behalf of Plaintiff Maria Morello, Docket Nos. 3:19-cv-14427 and 3:19-cv-09268, are hereby consolidated under Docket No. 3:19-cv-14427;

**IT IS FURTHER ORDERED** that consolidation of the two complaints pursuant to this Order shall in no way affect or limit Defendants' affirmative defenses, including but not limited to laches and statute of limitations.

DATED: July 2, 2020

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson,
U.S. Chief District Judge